X..................................................................X

**August Archibald**, *Plaintiff*          **UNITED STATES DISTRICT COURT**
                                            **EASTERN DISTRICT OF PENNSYLVANIA**

v.                                          **COMPLAINT**

**Umar Johnson**, *Defendant*              **JURY REQUESTED**

X..................................................................X

**Plaintiff**: August Archibald **Defendant**: Umar Johnson in his official and individual capacity.

**Umar Johnson is also known as**: Jermaine Shoemake/Shoemaker, Lil' ("little") Jermaine Shoemake, Umar Abdullah-Johnson, Umar Ifatunde, the Most Requested Scholar in the Country/World, King Kong Consciousness/Konsciousness, the Notorious R.B.G., the Prince of Pan Africanism/Afrikanism (P.O.P.A.), Dr. Poppa (aka Dr. P.O.P.A.), Big P.O.P.A., Dr. Johnson, Dr. Umar and the Founder and Principal of the Frederick Douglas and Marcus Garvey Academy ("FDMG").

**Procedural**: In accordance with 28 U.S. Code § 1331, the district courts have original jurisdiction. In accordance with 28 U.S. Code § 1343, § 1367 and § 1391(b)(2), the district courts have addition jurisdiction. Events occurred in the Third Circuit of the United Stated Federal Judiciary. This civil action brings claims against Umar Johnson and all of his alleged aliases.

**Background:** "Dr. Umar Johnson is a Doctor of Clinical Psychology and Certified School Psychologist who is considered an expert on the education and mental health of Afrikan and Afrikan-American children. Dr. Umar, as he is known to friends, is a paternal kinsman to both the Great Abolitionist Frederick Douglass (1818-1895) and the late Bishop Alexander Wayman (1821-1895), 7th Bishop of the AME Church, both from Maryland's Eastern Shore."

(Web-based Source) (link) https://www.drumarjohnson.com/ (November-8-2020)

Umar Johnson's ("Johnson") claim of being related to Frederick Douglass remains in doubt. Douglass's own family disputed Johnson's claim and released a public statement on the matter (circa 2017). Umar Johnson's own father, Jamal Johnson ("J. Johnson"), stated that Umar Johnson ("Johnson") was not related to Frederick Douglass.

"Umar Johnson" ("Johnson") is an alleged resident of Philadelphia, Pennsylvania. Johnson himself has stated in 2020 that he is a resident of Philadelphia, Pennsylvania. Johnson maintains a Post Office Box ("P.O. Box") in Philadelphia, Pennsylvania.

| **The address of this P.O. Box is:** |
|---|
|  |

> "*FDMG* Academy, PO Box 6872, Philadelphia, PA 19132"

Johnson is alleged to be the owner and founder of the FDMG Academy which promotes itself as a "school" for Young Black/African-American Boys. While Johnson has personally and publicly stated that he is the founder of FDMG, Johnson has also stated (publicly) that FDMG (and its assets) belong to the donors; specifically those people who donated to FDMG.

### Events & Facts:

1. Johnson purports to have a doctorate degree in clinical psychology. To date, Johnson has never produced any definitive or conclusive evidence to verify and validate this self-serving claim. No professionals in Johnson's field have verified his credentials.

2. Johnson purports to have six (6) degrees (in total) from various institutions of higher education/higher learning. To date, Johnson has never produced any definitive or conclusive evidence to verify and validate this self-serving claim.

3. Johnson purports to own an alleged "FDMG school" in Wilmington, Delaware.



**Johnson purports to own a property located at:**

"610 - 611 East 17th Street *in* Wilmington, Delaware 19802"

4. Public records indicate that this property was purchased for approximately $400,000.00 in early 2019.

5. Johnson disputes this claim, alleging (in 2020) that the purchase of the property in Wilmington, Delaware far exceeded $400,000.00. Johnson stopped short of disclosing what he claims was the "true" cost of the real estate purchase.

6. Donations in excess of an estimated 2.5 ("two point five") million dollars have been made to Johnson's "FDMG" academy/school campaign. Donations have been submitted to Johnson via U.S. Mail (payments in cash, by check and by money order), PayPal, Cash App, GoFundMe and other online financial services.

7. Johnson has repeatedly requested "donations" from his financial backers (referred to by Johnson as the "the love that he gets" and his "loyal donors" (alleged by Johnson in 2020)) under the premise, promise and claim that Johnson would use these funds to establish an operational school for " at-risk" youth(s) (specifically of African-American Boys with special needs; alleged by Johnson from 2010 to present day).

2

8. There is **no accounting** of the money that Johnson has received for the FDMG school; other than Johnson's own contradictory and confusing statements on the matter. Outside of the alleged "FDMG school" building purchase (in Wilmington, Delaware), it remains unclear as where FDMG school funds have been spent.

9. Johnson has a history of making violent threats against his detractors. Johnson publicly claims to have a "pull up team", "ski mask club", "goonie goons" and "over fifty goons" (i.e. henchmen willing to carry out acts of violence on behalf of and in support of Johnson). Johnson recently stated that he wants to "purge" the Black/African-American Community of the "dis-unifiers" (a code word used by Johnson for his detractors).

10. In 2020, Johnson publicly demanded the personal addresses of his detractors (referred to as "the haters" by Johnson), asking his followers to procure the address locations for the purposes of Johnson "pulling up" (i.e. a direct engagement with the intent of threatening an adversary and/or engage in violence against an adversary).

11. Johnson's threats have "activated" various FDMG cells/units (i.e. groups of Johnson's henchmen, "goons", backers and/or supporters) throughout the country.

12. Frederick Jallah ("Jallah") a.k.a. "Poetik Flakko" is one of Johnson's followers. Jallah (pictured, right) has engaged in doxing, defamation and malicious smear attack campaigns against Johnson's most prominent detractors.



13. An individual named "C Roc Smooth" (alias) (pictured, left) is another alleged supporter of Johnson, functioning as a handler of Jallah and encouraging Jallah to continue various doxing, defamation, harassment and smear attacks on Johnson's most prominent and well-known detractors.

14. Tiffany Griffin ("Griffin") is a "loyal donor", supporter and close confidant of Johnson. Griffin affectionately refers to Johnson as her "professor". Griffin (pictured with Johnson, right) is another handler of Jallah's; encouraging Jallah to further his doxing and defamation campaign(s) against Johnson's most prominent, knowledgeable and well-known detractors. Griffin is often seen with Johnson. Griffin is alleged to part of Johnson's newly formed FDMG "loyal donors club" (a collective alleged to be a cult-like following of Umar Johnson).



15. I previously supported and donated to Johnson's school campaign in good-faith with the belief that the "FDMG academy" (school) would be open, operational and functional by August 21, 2019. To date, the FDMG academy/school has not opened.

3

16. Johnson has provided donors with several FDMG academy/school opening dates for the FDMG academy; dating back to approximately 2010. None of Johnson's school opening dates have come to fruition.

17. Requests for an accounting of the money donated and a progress report on when Johnson's FDMG school would open have consistently been met with irrational aggressions, tirades, hate speech, rants and threats of violence (made by Johnson). Johnson has referred to these people (including myself) as "Negros", "Niggers", "Lazy Black People/Lazy Negroes", "Coons", "Agents", "Haters" and more. Johnson routinely criticizes the spending habits of Black Americans; demanding that we (i.e. Black Americans) subsidize his lifestyle in the "name of FDMG, Black boys and our Black/African-American ancestors" (quoting Johnson).

18. It is believed that Johnson may have misused FDMG school funds to purchase a private home (possibly a row house) in Harrisburg, Pennsylvania for Sharon S. Thomas ("Thomas"); an alleged accomplice/girlfriend of Johnson's. Additionally, Johnson may have misused FDMG funds to purchase and partake in various forms of vice; including but not limited to, cocaine (a Schedule II stimulant), escorts, clothing, dining and rooming.

19. To date, there is no accounting of the estimated 2.5 million dollars in funding that Johnson has received. Johnson has offered vague, unverifiable and inconsistent statements when asked about these funds. Johnson claims to have only collected $750,000.00 in funds. To date, Johnson has provided no conclusive and/or tangible evidence to back his claim. I contest Johnson's collection of $750,000.00 in funds claim.

20. Johnson continues to request "donations" for alleged FDMG academy/school construction. The buildings that Johnson refers to as the FDMG "school" remain in a state of disrepair.

21. Recent searches of construction permits for these buildings have produced no conclusive evidence of any significant repair work being done on these buildings.

22. In 2020, Johnson alleged that HVAC costs were $250,000 to $285,000. Johnson continues to claim that this is why school construction has been delayed (indefinitely).

Johnson (from PA) is akin to a long line of questionable public "leaders" and "figures" within the national Black/African-American community; including but not limited to:



Jermaine "Jay" Morrison (from NJ) a.k.a. **"Mr. Real Estate"** (pictured) is a former drug dealer turned money manager/self-described **"Celebrity Real Estate Agent"** based in Atlanta, Georgia. Morrison's real estate fund was investigated by the United States Securities & Exchange Commission ("SEC"). Morrison allegedly scammed former business partners (such as



4

Tony Robinson) out of tens of thousands of dollars. Morrison's fund has been the subject of much public discussion; with investors being unable to withdrawal funds that were invested with Morrison. Similar to Johnson, Morrison attempted to cast himself as the reincarnation of **Malcolm X**. Similar to Johnson, It could be argued that Morrison used Black people and the Black struggle to create a self-described "rich-rich" and "swaggy" lavish lifestyle for himself. Morrison has been labeled as "untrustworthy" and "unethical" by his detractors.



Michael Noak (pictured) a.k.a. **"Amun-Re Sen Atum-Re"** a.k.a **"Brother Polight"** (from NY) a former gang member turned "Pro-Black Polygamist". Polight has received numerous complaints from his "customers" for allegedly not providing the services and products advertised on his website(s). Polight allegedly scammed one Black customer out of more than one hundred thousand dollars ("$100,000.00"). Similar to Johnson, Polight has created several GoFundMe pages – to request "donations" to allegedly "Fight the White Power



Structure". Polight claims to be an accomplished author, lecturer, scholar, cryptocurrency expert and real estate guru. Polight has provided no credentials to validate these alleged skill sets and accomplishments. Polight claims to have authored over ninety ("90") books. Polight has been described by his detractors as a "cult leader", "hotep hustler" and "scammer" (similar to Johnson).



Vincent Green (pictured) a.k.a. **"Vinny Green"** (from NY), the **"Integrity Expert"** (New York Post) and self described "**International Anti-Corruption Fighter**" was under New York State ("NYS") investigation for unlawfully collecting money from New York State's public pension system. Green pulled a Black woman's hair, allegedly blaming the incident on the Black woman's "hair weave". Green was allegedly tied to a major New York City finance scandal (circa 2009).

Similar to Johnson, Green casts himself as a "Black Leader", orator and accomplished author. Similar to Johnson, Green lied about having a doctorate degree. Similar to Johnson, Green's "work" and penchant for lying has caused a great deal of harm to Black people. Green has been described as alleged "scum" and "unethical" by his detractors.



Ginger Daniels (pictured with Johnson, right) a.k.a. **"Zaza Ali"** (from CA), an alleged "Truth Seeker" who was featured on **"Better Call Harry"** (shown on **CBS 46 News** in Atlanta, Georgia) for allegedly scamming money out of women for an



advertised retreat that never happened. Daniels has a criminal history (related to mortgage fraud) and served time in prison. Similar to Johnson, Daniels reinvented herself as "Zaza Ali",

claiming to promote Black Consciousness. After being exposed as an alleged "scammer" and "hotep hustler" in 2018/2019, Zaza engaged in a series of odd and bizarre rants (on her YouTube channel), attacking those who had exposed and criticized her fraudulent dealings. **Zaza Ali** referred to her Black/African-American detractors as "peons" and "peasants"; stating that she was **"done with ya'll niggas"**

### These faulty so-called/alleged Black "Leaders" share much in common:

Their past histories are full of scandals, complaints, litigation and other questionable content. Johnson, Morrison, Polight, Green and Ali all claim to be "mentors" within the Black/African American Community. Johnson allegedly uses his "mentoring" to target Black women (specifically single mothers of Black boys) for money and sex (i.e. the "cookies"/vagina; as described by Johnson).

Johnson and Morrison used crowd funding and group economics to fund their respective "campaigns"; invoking the names of legitimate Black/African-American leaders and "ancestors" in their effort(s) to defraud Black people for donations, investment capital and more.

Johnson and Polight failed to deliver on their promises of goods and services in exchange for money. Several people have called them out for their unethical business practices.

Johnson and Green targeted Black people who criticized them. Both individuals (Johnson and Green) went to great lengths (and extremes) to try and silence their detractors.

Johnson and Ali both claimed that the Black/African-American Community was "jealous" of them, after arguably defrauding the Black/African-American Community.



**"Ice Cream Sandwich is Good"** - Umar Johnson Quote (Oct.22.2020)

23. At present time there appears to be a mounting tax liability and other unresolved issues (related to the FDMG academy/school) that need to be addressed.

24. Reasonable attempts to obtain FDMG academy/school information from Johnson have been met with rants, rages and threats of violence against donors (like myself) and people such as LH, AAS, MW, GP, WC, MAC, WHTCS and others.

25. On a 2020 episode of Lord Jamar's popular podcast the "Yanadameen Godcast", Johnson claimed that the Black/African-American Community was responsible for the lack of

progress at the FDMG academy/school. Johnson also stated that he needed additional funding (from the Black/Afrcan-American Community) to complete the FDMG academy/school.

26. Johnson stated that he would only provide "transparency" to his "donors".

27. I am a donor and I demand transparency. I did not donate money to help finance Sharon S. Thomas's (pictured with Johnson, upper right) alleged art studio.



**Company's Name:** "RECrafted Life Art Gallery & Studio"

**Confirmed Address:** 215 North Reily Street, Harrisburg, Pennsylvania 17102

28. I did not donate money to help finance Johnson's alleged drug habit or his trips around the world, including but not limited to, Nagoya, Japan (Johnson is pictured in a Japanese bath, lower right).



### "I'm just getting my Bruce Leroy on right now inside of the Japanese Spa"

- Umar Johnson Quote (circa 2018) -

Johnson's Bruce Leroy reference is related to the 1985 film "*The Last Dragon*". The film's lead character, Leroy Green/Bruce Leroy, was inspired by real life martial arts star Bruce Lee.

Contrary to Johnson's belief, Bruce Lee was not Japanese.

29. In a recent 2020 live stream (broadcasted by Johnson from the FDMG buildings in Wilmington, Delaware), Johnson stated that FDMG was "Ya'lls School" in reference to the Black/African-American Community and FDMG donors. Johnson additionally stated that the FDMG academy/school was not his.



**"This is Ya'll School (in reference to the FDMG donors). This Ain't Mines (Johnson referring to himself). This is not My School (Johnson referring to himself). This is Ya'lls (referring to the FDMG donors)."**

- Umar Johnson Quote (late 2020) -
7

30. As per Johnson, FDMG donors have an ownership interest/stake in the FDMG academy/school. In order to protect this ownership interest, Johnson must provide an adequate, verifiable and detailed accounting of how the FDMG funds are being spent.

31. Johnson has proven to be unreliable, non-transparent and untrustworthy. The lack of transparency makes it difficult for us donors to address various issues with the property and overall development of the FDMG academy/school.

32. Johnson recently stated (in 2020) that FDMG donors are also considered "FDMG investors".

33. Upon information and belief that the FDMG buildings may be held in another person's name (an alleged accomplice of Johnson's). Johnson is a longtime child support payment dodger and claims to have no income.

34. Upon information and belief, Johnson has funneled (and may still be funneling) FDMG donations, funds and others resources to his alleged accomplices and co-conspirators[1].

### Legal Causes of Action:

1. Tort claims against Umar Johnson and all of his alleged aliases, in his official capacity and individual capacity for Fraudulent Misrepresentation, False Advertising, Negligent Misrepresentation and Unjust Enrichment.

2. Claims of Discrimination and Retaliation in violation of 42 U.S. Code § 1981 against Umar Johnson and all of his alleged aliases, in his official and individual capacity.

**Damages Sought**: Monetary damages and injunctive relief.

Signed: s/ August S.P. Archibald

Address: PO BOX 9634 Wilmington DE 19809

Date: November 25, 2020

---

1. Additional co-conspirators may need to be named.

Clerk of Court, EDPA
James A. Byrne U.S. Courthouse
Room 2609
601 Market Street
Philadelphia, PA 19106

D ARCHIBALD
OX 9634
INGTON, DE 19809